FILED
CLERK, U.S. DISTRICT COURT
4/8/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE ANTONIO BONILLA,<br>  aka "JOSE BONILLA,"<br>  and "JOSE A. BONILLA,"<br><br>    Defendant. | CR No. 2:25-cr-00259-WLH<br><br>I N D I C T M E N T<br><br>[8 U.S.C. § 1326(a): Alien Found in the United States Following Deportation] |

The Grand Jury charges:

[8 U.S.C. § 1326(a)]

On or about February 17, 2025, defendant JOSE ANTONIO BONILLA, also known as "Jose Bonilla," and "Jose A. Bonilla," an alien who had been officially deported and removed from the United States on or about January 15, 2021, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated successor, the

/ /

/ /

Secretary of Homeland Security, to reapply for admission to the United States following deportation and removal.

                                        A TRUE BILL


                                        /S/
                                        Foreperson

BILAL A. ESSAYLI
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*Frances D. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

LAUREN E. BORDER
Assistant United States Attorney
General Crimes Section