**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF, | 2:25-cr-00259-WLH-1 |
| v. | |
| Jose Antonio Bonilla | **JUDGMENT OF DISCHARGE** |
| DEFENDANT. | **(Fed. R. Crim. P. 32(k)(1))** |

The defendant named above is now entitled to be discharged on ALL pending counts of the Indictment/Information for the reason(s) stated below:

- ☐ the Court has granted the motion of the government for dismissal;
- ☐ the Court has granted the motion of the defendant for a judgment of acquittal;
- ☐ a jury has been waived, and the Court has found the defendant not guilty;
- ☒ the jury has returned its verdict, finding the defendant not guilty;
- ☐ an order of dismissal has been entered by the court;
- ☐ other *(specify below)*:

IT IS THEREFORE ADJUDGED that the defendant named above is hereby discharged pursuant to Federal Rule of Criminal Procedure 32(k)(1).

☐ IT IS ORDERED that the bond of the defendant is hereby exonerated.

June 3, 2025
Date

_____
United States District Judge

**NOTICE TO U.S. MARSHAL** - This Judgment of Discharge is not a substitute for the Release Form.

CR-68 (06/18)   JUDGMENT OF DISCHARGE (Fed. R. Crim. P. 32(k)(1))