FILED
CLERK, U.S. DISTRICT COURT
06/03/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Ps: ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

USA

                    Plaintiff,

v.

JOSE ANTONIO BONILLA

                    Defendant(s).

Case No. 2:25-cr-00259-WLH-1

**JURY NOTE NO.** _____1_____

☒    The jury has reached a unanimous verdict.

☐    The jury advises the Court of the following:

☐    The jury requests the following:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Dated:  6/3/25



_____
PRESIDING JUROR

1.