UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 25-259-WLH |
| Plaintiff, | VERDICT FORM |
| v. | |
| JOSE ANTONIO BONILLA, | |
| Defendant. | |

**VERDICT**

We, the jury in the above-captioned case, unanimously find the defendant JOSE ANTONIO BONILLA:

    ✓    NOT GUILTY

    ___    GUILTY

of being an illegal alien found in the United States following deportation.

6/3/2025
DATED

REDACTED
FOREPERSON

REDACTED